UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 15-3691-MMM(AJW)                                  Date: July 1, 2015

Title: EDMUND WILLIAM SIERRA VS. DEPT. OF FAMILY AND CHILDREN SERVICES, ET AL.


Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE


| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:**   ORDER VACATING HEARING DATE AND SETTING A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT [#21]

On June 30, 2015, defendants filed a motion to dismiss complaint and noticed the motion for hearing on August 10, 2015. The motion is off calendar. Any opposition to the motion shall be served and filed by July 22, 2015. Any reply shall be served and filed July 29, 2015. The motion shall be decided on the papers timely filed.

The parties are cautioned that the Court may decline to consider any memorandum or other paper not filed within the deadline. **The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, or may result in the dismissal of this action without prejudice for failure to prosecute, failure to comply with the Court's order, or failure to comply with the local rules**. C.D. Cal. Local R. 7.12; see also C.D. Cal. Local R. 83-2.2.4 (a pro se litigant's failure to comply with the local and federal rules may be ground for dismissal or judgment by default); see also Fed. R. Civ. P. 41(b) (authorizing dismissal of an action for failure to prosecute or to comply with the federal rules or a court order); Link v. Wabash R. Co., 370 U.S. 626, 629-630 (1962) (affirming dismissal for failure to prosecute); Ghazali v. Moran. 46 F.3d 52.54 (9th Cir.) (per curiam) (affirming dismissal for failure to follow local rule), cert. denied, 516 U.S. 838 (1995).

cc: Parties


                                                                                           _____ : _____
                                                                    Initials of Preparer    yb