O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND WILLIAM SIERRA, | Case No. CV 15-03691-DMG (KES) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEPT. of FAMILY and CHILDREN SERVICES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed by Plaintiff. [Doc. ## 54, 55.] The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court hereby approves and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//
//
//
//
//

1

IT THEREFORE IS ORDERED that the First Amended Complaint is dismissed without leave to amend and that Judgment be entered dismissing this action with prejudice. Plaintiff's Motion for Partial Summary Judgment [Doc. # 56] is DENIED as moot.

DATED: July 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE