**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND WILLIAM SIERRA, ) | Case No. CV 15-03691-DMG (KES) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| ) | |
| DEPT. OF FAMILY AND ) | |
| CHILDREN'S SERVICES, et al., ) | |
| Defendants. ) | |

 Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that Judgment be entered dismissing this action with prejudice.

DATED:  July 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1